IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:24-cv-00332

| | |
|---|---|
| Melissa Efird, as Personal Representative of the Estate of KYLE BARRETT KEPLEY, ) ) ) Plaintiff, ) ) v. ) ) SOUTHERN HEALTH PARTNERS, INC.; ELTON J. AMOS, JR., M.D., JOANNA PEACH, LPN and SHERRELL RIVERA, LPN. ) ) ) ) Defendants. ) _____ ) | STIPULATION OF DISMISSAL **WITHOUT PREJUDICE** AS TO DEFENDANTS ELTON J. AMOS, JR., MD and SHERRELL RIVERA, LPN **ONLY** |

  COMES NOW the Plaintiff, Melissa Efird, as Personal Representative of the Estate of Kyle Barrett Kepley, and the Defendants, Elton J. Amos, Jr., M.D. and Sherrell Rivera, LPN, pursuant to Fed. R. Civ. P. 41, by and through undersigned counsel, and hereby stipulate to a Voluntary Dismissal WITHOUT PREJUDICE, of Defendants Elton J. Amos, Jr., M.D. and Sherrell Rivera, LPN **only**. Each party shall bear their own costs and expenses, including attorneys' fees.

This 25th day of September, 2025.

| | |
|---|---|
| /s/ Jay C. Salsman | /s/ David J. Ventura |
| Jay C. Salsman (NC State Bar No.) | David J. Ventura |
| **Harris Creech et al** | /s/ Karonnie R. Truzy |
| P.O. Drawer 1168 | Karonnie R. Truzy |
| New Bern, NC 28563 | **CR Legal Team, LLP** |
| Email: jcs@hcwb.net | 2400 Freeman Mill Road, Suite 200 |
| Attorney for Defendants Southern Health Partners, Inc., Amos, Peach and Rivera | Greensboro, NC 27406 |
| | djventura@crlegalteam.com |
| | krtruzy@crlegalteam.com |
| | *Attorneys for the Plaintiff* |

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing, has this day been served upon the Defendants herein, by CM/ECF Filing and Email to:

HARRIS, CREECH, WARD & BLACKERBY
Jay C. Salsman (NC State Bar No.)
Attorney for Defendants Southern Health Partners,
Inc., Amos, Peach and Rivera
P.O. Drawer 1168
New Bern, NC 28563
Email: jcs@hcwb.net

  Dated this 25th day of September, 2025.

              /s/ David J. Ventura
              CR Legal Team, LLP
              2400 Freeman Mill Road, Suite 200
              Greensboro, NC 27406
              Attorneys for the Plaintiff