IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:24-CV-00332-UA-JEP

| | |
|---|---|
| Melissa Efird, as Personal Representative of the Estate of KYLE BARRETT KEPLEY,<br><br>    Plaintiff,<br><br> v.<br><br>ROCKINGHAM COUNTY SHERIFF SCOTT PAGE, in his official capacity, CAPTAIN MARCUS SHANE BULLINS, in his individual capacity, OFFICER MARK SAMUEL MARTIN, JR., in his individual capacity; OFFICER ORIN SPENCER STULTZ, in his individual capacity, OFFICER REID JAMES BOYD, SR., in his individual capacity, CHARVENE MICHELLE HOLLOWAY, in her individual capacity, SOUTHERN HEALTH PARTNERS, INC., ELTON J. AMOS, M.D., in his individual capacity, JOANNA PEACH, LPN, and SHERRELL RIVERA, LPN,<br><br>    Defendants. | **MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS SOUTHERN HEALTH PARTNERS, INC. & JOANNA PEACH, LPN** |

  NOW COME the Defendants, Southern Health Partners, Inc. and Joanna Peach, LPN, by and through the undersigned counsel, and respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of an Order granting them summary judgment on the grounds that the undisputed evidence demonstrates the lack of genuine issue and material fact, and entitles these Defendants to judgment as a matter of law. Additionally, and in the alternative, these Defendants move the Court for entry of an

Order granting them summary judgment on all federal law claims pending against them, and remanding all state law claims against them to state court.

Pursuant to Local Rule 7.3(a), a supporting Memorandum of Law is being submitted contemporaneously with this Motion.

WHEREFORE, the Defendants prays unto the Court for entry of an Order granting them summary judgment and dismissing Plaintiff's Complaint WITH PREJUDICE, or, in the alternative, granting them summary judgment and dismissing Plaintiff's federal law claims WITH PREJUDICE, and remanding all pending state law claims to state court.

This the 23rd day of January, 2026.

Respectfully submitted,

/s/ Christina J. Banfield
Jay C. Salsman
N.C. State Bar Number: 34187
Email: jcs@harriscreech.com
Christina J. Banfield
N.C. State Bar Number: 52015
Email: njb@harriscreech.com
Harris, Creech, Ward & Blackerby, P.A.
325 Pollock Street
P. O. Drawer 1168
New Bern, NC 28563-1168
Telephone: (252) 638-6666
Facsimile: (252) 638-3542
*Attorney for Southern Health Partners, Inc. & Joanna Peach*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS SOUTHERN HEALTH PARTNERS, INC. & JOANNA PEACH, LPN** with the Clerk of Court using the CM/ECF system, which will send notification and service of the foregoing document on the following participants:

>David J. Ventura
>Karonnie R. Truzy
>CR Legal Team, LLC
>1051 E. Morehead Street, Suite 100
>Charlotte, NC 28204
>*Plaintiff's Counsel*

This the 23rd day of January, 2026.

>Respectfully submitted,
>
>/s/ Christina J. Banfield
>Jay C. Salsman
>N.C. State Bar Number: 34187
>Email: jcs@harriscreech.com
>Christina J. Banfield
>N.C. State Bar Number: 52015
>Email: njb@harriscreech.com
>Harris, Creech, Ward & Blackerby, P.A.
>325 Pollock Street
>P. O. Drawer 1168
>New Bern, NC 28563-1168
>Telephone: (252) 638-6666
>Facsimile: (252) 638-3542
>*Attorney for Southern Health Partners,*
>*Inc. & Joanna Peach*

njb/8881